1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDUARDO C. GARCIA,                     )          No. C 14-3386 RMW (PR)
                                       )
                  Petitioner,          )          JUDGMENT
                                       )
12

13

14     v.                              )
                                       )
UNKNOWN,                               )
15                                     )
                  Respondent.          )
16     _____)

17          The court has dismissed the instant habeas action for failure to prosecute.  A judgment of

18     dismissal without prejudice is entered.  The clerk shall close the file.

19          IT IS SO ORDERED.

20     DATED: _____

          *Ronald M. Whyte*

          RONALD M. WHYTE
21        United States District Judge

22

23

24

25

26

27

28

Judgment
P:\PRO-SE\RMW\HC.14\Garcia386jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


EDUARDO C. GARCIA,

        Plaintiff,

  v.

UNKNOWN,

        Defendant.

_____/

Case Number: CV14-03386 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Eduardo C. Garcia C-98138
Facility, A-2-206 Up
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: September 24, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk